CSD 3018 [12/01/09]
Name, Address, Telephone No. & I.D. No.

E. B. Alejo, Esq. SBN 128854; Amanda L. Thompson, Esq. SBN254355
The Law Office of E.B. Alejo
240 Woodlawn Avenue, Suite 11
Chula Vista, California 91910
Ph: (619) 271-0620; (619) 379-5447 (direct)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>MA. THERESA OCAMPO PAULE aka Maria Theresa Mallari, aka Ma. Theresa O. Mallari, aka Theresa Ocampo Paule, aka Maria Theresa Oc<br>Debtor. | BANKRUPTCY NO. 12-16671-MM7 |
| Abraham Viernes, II<br><br>Plaintiff(s) | ADVERSARY NO. 13-90076-MM |
| v.<br>Ma. Theresa Ocampo Paule<br><br>Defendants(s) | Date & Time of Pre-Trial Status Conference:<br>November 13, 2013          10:00a.m.<br>Name of Judge: Hon. Margaret M. Mann |

CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL
[LOCAL BANKRUPTCY RULE 7016-2]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL requirements in accordance with Local Bankruptcy Rule 7016-2(c):

A.  **PLEADINGS/SERVICE**:

   1. Have all parties been served?  ☑ Yes  ☐ No

   2. Have all parties filed and served answers to the complaint, counter-complaints, etc.?  ☑ Yes  ☐ No

B.  **DISCOVERY PLAN**:

   1. Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7016-2 require the parties to meet within thirty (30) days after all defendants have appeared or, in cases having multiple defendants, within forty-five (45) days after the first defendant appears. The parties to this case met on _____9/30/2013 (via Telephone)_____.

   2. The parties have agreed to make the disclosures required by Fed. R. Bankr. P. 7026(a)(1) by _____.

   3. **(Check one)**
      A.  The parties have agreed on the discovery plan attached as Exhibit A.  ☑

      or

      B.  The parties cannot agree on a discovery plan and scheduling order. The attached  ☐
          Exhibit A sets forth the parties' disagreements and reasons for each party's position.

CSD 3018

CSD 3018 (Page 2) [12/01/09]

## C. SETTLEMENT OR MEDIATION:

1. What is the status of settlement efforts?
   Creditor has attempted to meet and confer with Debtor. Defense counsel just recently retained.

2. Has this dispute been formally mediated? If so, when?
   No.

3. Has mediation been discussed with your client? (See Local Bankruptcy Rule 7016-4.)
   
   Plaintiff          Defendant
   ☑ Yes  ☐ No       ☑ Yes  ☐ No

4. The parties desire to go to voluntary, non-binding mediation. (See Local Bankruptcy Rule 7016-6.) They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
   First Choice:_____
   Second Choice:_____
   Third Choice:_____
   Parties are requested to notify the courtroom deputy of their preferences at the time a pre-trial status conference date is obtained.

## D. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Within 5 months | Within 5 months |

2. If your answer to the above is more than five (5) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | Uncertain status of underlying BK; Defense counsel recently retained | Uncertain of Status of underlying Bankruptcy; Defense counsel recently retained. |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | January 10, 2014 | January 10, 2014 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Initial disclosures, Requests for Admission, Demand for Production of Documents | Initial disclosures, Requests for Admission, Demand for Production of Documents |

## E. TRIAL TIME:

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage, if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | 1 Day | 1 Day |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | 2 | 2-3 |

3. Are any of the witnesses considered expert witnesses (Fed. R. Evid. 702)? If so, the parties agree to identify their expert witnesses by _____.
   (See Fed. R. Bankr. P. 7026(a)(2)(C))

   No Experts anticipated

CSD 3018

CSD 3018 (Page 3) [12/01/09]

    4.    How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. Estimate less than 50. | Unknown at this time. Estimate less than 50. |

    5.    Are any special accommodations required for witnesses (e.g., assisted listening devices, etc.)? Check one:
        ☑ No    ☐ Yes - Please specify:

    6.    Is any special equipment required for presentation of evidence? Check one:
        ☑ No    ☐ Yes - Please specify:

**F.**    **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Plaintiff intends to file a Motion for Summary Judgment due to prior Judgment in favor of Creditor Viernes' after Bench Trial in Superior Court on these issues as well as judicial order after Writ of Execution.

We were unable to file this Certificate within 7 days of conferring with opposing party because case had been dismissed at that time; however, dismissal was vacated on 8 Oct 2013. Defense counsel was recently retained, thus the Plaintiff filed a Unilateral CSD 3018 when the Debtor was still representing herself in Pro Se. However, now that Defense Counsel has been retained both parties are filing this late "Joint" CSD 3018.

Dated: 11/11/2013

Law Office of E.B. Alejo
Firm Name

By: *(signature)*
Name: Amanda L. Thompson
Attorney for: Abraham Viernes II

Dated: 11/8/2013

Bankruptcy Law Center, APC
Firm Name

By: *(signature)*
Name:
Attorney for: Ma. Theresa Ocampo Paule

Local Bankruptcy Rule 7016-2(c) requires this form to be filed no later than seven (7) days after early conference of counsel together with the *NOTICE OF PRE-TRIAL STATUS CONFERENCE* (Local Form CSD 3019).

CSD 3018

CSD 3018 (Page 4) [12/01/09]

## EXHIBIT A

1. **DISCOVERY PLAN**. The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

   Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed)

   Plaintiff Creditor does not anticipate lengthy discovery and intends to file a Motion for Summary Judgment based upon prior judgment finding fraud and deceit by debtor on the matters at issue in this adversary proceeding

   All discovery commenced in time to be completed by __January 10, 2014__. [Discovery on (issue for early discovery) to be completed by _____.]

   Maximum of __35__ interrogatories by each party to any other part. [Responses due __30__ days after service.]

   Maximum of __35__ requests for admission by each party to any other party. [Responses due __30__ days after service.]

   Maximum of __1__ depositions by plaintiff(s) and __1__ by defendant(s).

   Each deposition [other than of _____] limited to maximum of __7__ hours unless extended by agreement of parties.

   Reports from retained experts under Fed. R. Bank. P. 7026(a)(2) due:

   a)   from plaintiff(s) by ____n/a____

   b)   from defendant(s) by ____n/a____

   Supplementations under Fed. R. Bank. P. 7026(e) due (time(s) or interval(s) _____).

2. **OTHER ITEMS**. [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

   Plaintiff(s) should be allowed until __11/30/2013__ to join additional parties and until __11/30/2013__ to amend the pleadings.

   Defendant(s) should be allowed until __11/30/2013__ to join additional parties and until __11/30/2013__ to amend the pleadings.

   All potentially dispositive motions should be filed by __1/31/2014__.

   Final lists of witnesses and exhibits under Fed. R. Bank. P. 7026(a)(3) should be due

   a)   from plaintiff(s) by __2/01/2014__

   b)   from defendant(s) by __2/01/2014__

   Parties should have __8__ days after service of final lists of witnesses and exhibits to list objections under Fed. R. Bank. P. 7026(a)(3).

   [Other matters.]

   Defense counsel was recently retained, thus the Plaintiff filed a Unilateral CSD 3018 when the Debtor was still representing herself in Pro Se. However, now that Defense Counsel has been retained both parties are filing this late "Joint" CSD 3018.

CSD 3018