CSD 3015 [08/01/11]

Name, Address, Telephone No. & I.D. No.

E.B. Alejo, Esq. SBN 128854; Amanda L. Thompson, Esq. SBN 254355
The Law Office of E.B. Alejo
240 Woodlawn Avenue, Suite 11
Chula Vista, CA 91910
Ph. 619.271.0620; Fax: 619.271.1827

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
MA. THERESA OCAMPO PAULE

Debtor.

BANKRUPTCY NO. 12-05988-MM7

ABRAHAM VIERNES II

Plaintiff(s)

ADVERSARY NO. 13-90076-MM

v.
MA. THERESA OCAMPO PAULE aka Maria Theresa Mallari, aka Ma. Theresa O. Mallari, aka Theresa Ocampo Paule, aka Maria Theresa O

Defendants(s)

## NOTICE OF HEARING AND MOTION

TO: TO THE HONORABLE MARGARET M. MANN, DEFENDANT/DEBTOR MARIA THERESA OCAMPO PAULE, COUNSEL OF RECORD, AND ALL INTERESTED PARTIES

**YOU ARE HEREBY NOTIFIED** that on February 27, 2013, at 10:00 am., in Department 1, Room 218, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Plaintiff Abraham Viernes II, Movant, for

Summary Judgment on the ground that there is no genuine issue as to any material fact relative to Plaintiff's claims as stated in Plaintiff's Adversary Proceeding Complaint and the ground that Defendant Debtor is precluded from re-litigating the issues of fraud and other causes of action decided in the prior final judgment and finding of fraud by Debtor Defendant Ma. Theresa Ocampo Paule, in the matter of Viernes v. Paule (San Diego Superior Court Case No. 37-2008-001033660-CU-NP-SC).

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: 1/30/2014

/s/ E.B. Alejo
[Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 3015

CSD 3015 (Page 2) [08/01/11]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 30th day of January, 2014, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:
Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Amanda L. Thompson; Request for Judicial Notice; and Proposed Order
by [describe here mode of service]:
by personal delivery

on the following persons [set forth name and address of each person served] and as checked below:

[ ✓ ]   Attorney for Debtor (if required):

Ahren A. Tiller, Esq.
BLC Law Center, APC
1230 Columbia St. Suite 1100
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2014
(Date)

_Amanda L. Thompson_
(Typed Name and Signature)

2515 Camino Del Rio South, Ste 225
(Address)

San Diego, CA 92108
(City, State, ZIP Code)

CSD 3015