Eduardo B. Alejo, Esq. SBN 128854
Amanda L. Thompson, Esq. SBN 254355
**The Law Office of E.B. Alejo**
240 Woodlawn Avenue, Suite 11
Chula Vista, California 91910
Ph: (619) 271-0620
Fax: (619) 271-1827
alejolawoffice@gmail.com

Attorneys for Plaintiff/Creditor,
ABRAHAM VIERNES II

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| In Re:<br>MA. THERESA OCAMPO PAULE<br><br>     Debtor | Chapter 7<br>Bankruptcy No.: 12-16671-MM7<br>Adversary Case No. 13-90076-MM |
|---|---|
| ABRAHAM VIERNES II,<br>     Plaintiff<br><br>v.<br><br>MA. THERESA OCAMPO PAULE aka Maria Theresa Mallari, aka Ma. Theresa O. Mallari, aka Theresa Ocampo Paule, aka Maria Theresa Ocampo Paule<br><br>     Defendant | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR NONDISCHARGEABILITY OF DEBTS AGAINST DEBTOR MA. THERESA OCAMPO PAULE**<br><br>Date:    February 27, 2013<br>Time:   10:00 a.m.<br>Dept.:   1; Room 218 |

**PLEASE TAKE NOTICE** that Plaintiff/Creditor, Abraham Viernes II (hereafter "Plaintiff" or "Mr. Viernes") by and through his attorney of record, Amanda L. Thompson, Esq. on behalf of Law Office of Eduardo B. Alejo, hereby requests that this Court take judicial notice of Exhibits A-C appended to the Declaration of Amanda L. Thompson and set forth below.  Judicial Notice is requested pursuant to Rule 201 of the Federal Rules of Evidence and Federal Rule

of Bankruptcy Procedure Rule 9017, and such documents are submitted in support of Plaintiff's Motion for Summary Judgment.

A federal court must take judicial notice of a fact "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). "Federal courts may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'" *Cactus Corner, LLC v. U.S. Dept. of Agric.*, 346 F.Supp.2d 1075, 1092 (E.D. Cal. 2004) (quoting *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir.1992)). Each of the documents attached to the Declaration of Amanda L. Thompson is in the record of the Superior Court of San Diego County, California, filed in case number 37-2008-001033660-CU-NP-SC which dealt with *inter alia* fraud causes of action alleged by Plaintiff against Defendant, as does the present adversary proceeding.

Requesting Judicial Notice of the Following:

A. The Summons and Complaint Plaintiff filed against Defendant[1] in the Superior Court of California, County of San Diego (Case No. 37-2008-001033660-CU-NP-SC) in December 2008, for the following causes of action: (1) Conversion, (2) Fraud and Deceit, and (3) Breach of Contract – Oral. A true and correct copy of this document is attached as Exhibit A to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes the causes of action asserted in the prior civil matter and associated elements of fraud there alleged.

B. The First Amended Complaint in Case No. 37-2008-001033660-CU-NP-SC on April 2009. A true and correct copy of this document is attached as Exhibit B to the Declaration filed herewith. This document is relevant to

---

[1] At that time, Defendant's legal name, and under which such lawsuit was filed, was Maria Theresa Mallari. Plaintiff also brought such action against Defendant's mother, Emilia Ocampo, who was later dismissed.

Plaintiff's Motion for Summary Judgment because it establishes the causes of action asserted in the prior civil matter and associated elements of fraud there alleged and ultimately at issue.

C. The Court's Minutes for the civil court trial which occurred on October 24, 2011. A true and correct copy of this document is attached as Exhibit C to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes the fact and element that the fraud issues were "actually litigated."

D. The Notice of Entry of Judgment with Judgment After Court Trial, dated December 16, 2011. A true and correct copy of this document(s) is attached as Exhibit D to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes the Court's ruling on Plaintiff's Fraud causes of action and associated allegations and the finality of such judgment.

E. Writ of Execution filed by Plaintiff against Defendant, issued on September 10, 2012. A true and correct copy of this document(s) is attached as Exhibit E to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes non-payment of the judgment/debt as of its date, Plaintiff's attempts to collect on the judgment, as well as context for a subsequent Order concerning the same debt obtained by debtor's fraud.

F. Defendant's Claim of Exemption dated November 5, 2012 A true and correct copy of this document(s) is attached as Exhibit F to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes non-payment of the judgment/debt as of its date, Plaintiff's attempts to collect on the judgment, as well as context for a subsequent Order concerning the same debt obtained by debtor's fraud.

-3-    Bankruptcy No.: 12-16671-MM7
Adversary Case No.: 13-90076-MM
**REQUEST FOR JUDICIAL NOTICE**

G. Plaintiff's Opposition to Defendant's Claim of Exemption. A true and correct copy of this document(s) is attached as Exhibit G to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes non-payment of the judgment/debt as of its date, Plaintiff's attempts to collect on the judgment, as well as context for a subsequent Order concerning the same debt obtained by debtor's fraud.

H. The Court Order dated November 30, 2012, granting Plaintiff's Opposition to Claim of Exemption and ordering Defendant's wages garnished based on the prior Judgment in the Fraud Action. A true and correct copy of this document(s) is attached as Exhibit H to the Declaration filed herewith. This document is relevant to Plaintiff's Motion for Summary Judgment because it establishes non-payment of the judgment/debt as of its date, Plaintiff's attempts to collect on the judgment, as well as constituting a subsequent Order concerning the same debt obtained by debtor's fraud.

Date: January 30, 2014

Respectfully submitted:

/s/ Eduardo B. Alejo
Eduardo B. Alejo
Amanda L. Thompson
Attorneys for Plaintiff
Abraham Viernes II