TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

| | |
|---|---|
| Adversary Case Name: | ABRAHAM VIERNES v. THERESA PAULE |
| Adversary Number: | 13-90076-MM |
| Case Number: | 12-16671-MM7 |
| Hearing: | 10:00 AM Thursday, April 3, 2014 |
| Motion: | |

**1) PRE-TRIAL STATUS CONFERENCE (fr. 2/27/14)**

Continued to May 8, 2014 at 10:00 a.m., Department 1. Appearances at the April 3, 2014 hearing are excused.

**2) MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF (fr. 2/27/14)**

Continued to May 8, 2014 at 10:00 a.m., Department 1. Appearances at the April 3, 2014 hearing are excused.