Eduardo B. Alejo, Esq. SBN 128854
Amanda L. Thompson, Esq. SBN 254355
**The Law Office of E.B. Alejo**
240 Woodlawn Avenue, Suite 11
Chula Vista, California 91910
Ph: (619) 271-0620
Fax: (619) 271-1827
alejolawoffice@gmail.com

Attorneys for Plaintiff/Creditor,
ABRAHAM VIERNES II

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>MA. THERESA OCAMPO PAULE<br>    Debtor<br><br>ABRAHAM VIERNES II,<br>    Plaintiff<br><br>v.<br><br>MA. THERESA OCAMPO PAULE aka Maria Theresa Mallari, aka Ma. Theresa O. Mallari, aka Theresa Ocampo Paule, aka Maria Theresa Ocampo Paule<br><br>    Defendant | Chapter 7<br>Bankruptcy No.: 12-16671-MM7<br>Adversary Case No. 13-90076-MM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR NONDISCHARGEABILITY OF DEBTS AGAINST DEBTOR MA. THERESA OCAMPO PAULE**<br><br>Date:    May 8, 2014<br>Time:   10:00 a.m.<br>Dept.:   1; Room 218<br>Judge:  Hon. Margaret M. Mann |

     **PLEASE TAKE NOTICE** that Plaintiff/Creditor, Abraham Viernes II (hereafter "Plaintiff" or "Mr. Viernes") by and through his attorney of record, Amanda L. Thompson, Esq. on behalf of Law Office of Eduardo B. Alejo, hereby requests that this Court take judicial notice of the Exhibits set forth below and appended hereto. Judicial Notice is requested pursuant to Rule 201 of the Federal Rules of Evidence and Federal Rule of Bankruptcy Procedure Rule 9017, and such documents are submitted in support of Plaintiff's Motion for Summary Judgment.

-1-       Bankruptcy No.: 12-16671-MM7
Adversary Case No.: 13-90076-MM
**REQUEST FOR JUDICIAL NOTICE**

A federal court must take judicial notice of a fact "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). "Federal courts may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'" *Cactus Corner, LLC v. U.S. Dept. of Agric.*, 346 F.Supp.2d 1075, 1092 (E.D. Cal. 2004) (quoting *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir.1992)). The documents set forth below are the record of the Superior Court of San Diego County, California, filed in case number 37-2008-001033660-CU-NP-SC which dealt with *inter alia* fraud causes of action alleged by Plaintiff against Defendant, as does the present adversary proceeding.

Requesting Judicial Notice of the Following:

A. The Excerpt of Trial, Reporter's Transcript of Trial on October 24, 2011, certified by official court reporter Annette Laird Bonahoom on April 2, 2014, and pertaining to Superior Court of California, County of San Diego (Case No. 37-2008-001033660-CU-NP-SC). A true and correct copy of this document is attached as Exhibit J. This document is relevant to Plaintiff's Motion for Summary Judgment because it sets forth the Court's express findings and reasoning behind the judgment; specifically, this document establishes that the Court made a finding of fraud by debtor.

Date: April 15, 2014                    Respectfully submitted:

                                           /s/ Amanda L. Thompson
                                           Amanda L. Thompson
                                           Attorneys for Plaintiff
                                           Abraham Viernes II