TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Adversary Case Name:   ABRAHAM VIERNES v. THERESA PAULE

Adversary Number: 13-90076

Case Number:   12-16671-MM7

Hearing:   10:00 AM   Thursday, May   8, 2014

Motion:   PRE-TRIAL STATUS CONFERENCE (fr. 4/3/14)

Continued to June 26, 2014 at 10 a.m. Appearances are excused at this hearing. Any supplemental briefing is due to be filed not later than June 12, 2014, with any reply due to be filed by June 19, 2014.