TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Adversary Case Name:   ABRAHAM VIERNES v. THERESA PAULE

Adversary Number:   13-90076

Case Number:   12-16671-MM7

Hearing:   10:00 AM   Thursday, May   8, 2014

Motion:   MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF (fr. 4/3/14)

Continued to June 26, 2014 at 10 a.m. to allow time for Defendant to provide the Court with the entire transcript.   The transcript must be filed with the Court by June 12, 2014 and additional briefing regarding it by June 19, 2014.   Appearances at the 5/8/2014 hearing are excused.